# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1541
LT Case No. 2022-CF-000131

_____

CHRISTOPHER MICHAEL
FREEMAN,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____

3.800 appeal from the Circuit Court for Sumter County.
Mary Hatcher, Judge.

Christopher Michael Freeman, Hillsborough, North Carolina,
pro se.

Ashley Moody, Attorney General, Tallahassee, and Pamela J.
Koller, Assistant Attorney General, Daytona Beach, for Appellee.


September 26, 2023


PER CURIAM.

    AFFIRMED. *See Brooks v. State*, 969 So. 2d 238 (Fla. 2007).


SOUD, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____